ATTORNEY GRIEVANCE
COMMISSION OF MARYLAND

v.

JOHN P. MAHONEY

\* IN THE

\* SUPREME COURT

\* OF MARYLAND

\* AG Docket No. 11

\* September Term, 2024

\*

O R D E R

Upon consideration of the parties' joint petition for disciplinary action, wherein Respondent agreed that his conduct, as described in the District of Columbia Court of Appeals' June 13, 2024 opinion and order, violated Rules 1.4(a), 1.16(d), 5.1(b), and 5.1(c)(2) of the District of Columbia Rules of Professional Conduct, it is this 25th day of September 2024, by the Supreme Court of Maryland,

ORDERED that the joint petition for reciprocal action is granted. Pursuant to Rule 19-737(f), corresponding discipline is imposed and John P. Mahoney is suspended from the practice of law in the State of Maryland for 60 days, stayed as to all but 30 days, effective *nunc pro tunc* to July 13, 2024, followed by one year of probation with the condition that Respondent comply with the probation terms set forth by the District of Columbia Court of Appeals in *In re John P. Mahoney*, 24-BG-0466.



Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk

/s/ Matthew J. Fader
Chief Justice